1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LINDSAY JOHN MAX,

11              Petitioner,              No. CIV S-07-2422 LKK EFB P

12        vs.

13   SUZANNE HUBBARD, Warden, et al.,

14              Respondents.            <u>ORDER</u>

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17   U.S.C. § 2254.  He seeks leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915.  However, a

18   threshold question arises as to in which district this action should proceed.

19        Petitioner was convicted in the San Bernardino County and is currently confined at the

20   California Medical Facility, which is located in the Solano County.  Although this court and the

21   United States District Court in the district where petitioner was convicted both have jurisdiction,

22   *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence

23   necessary for the resolution of petitioner's application are more readily available in the county of

24   conviction.  *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

25        Therefore, the court takes no action on petitioner's application to proceed *in forma*

26   *pauperis,* and transfers this action to the United States District Court for the Central District of

                                    1

1   California.  28 U.S.C. §§ 84(c)(1); 1404(a).

2         Accordingly, it is ORDERED that this action is transferred to the United States District

3   Court for the Central District of California.

4   DATED:  November 27, 2007.

5

6                                   EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26